IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 7:23-CR-19 |
| ARMANDO MARTINEZ JR., | : |
| Defendant. | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the court that Case No. 7:23-CR-19, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 7:23-CR-19, be unsealed.

SO ORDERED, this 17th day of April, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA